IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **THE REYNOLDS & REYNOLDS COMPANY, INC.** | : | **CASE NO.** |
| **ONE REYNOLDS WAY** | : | **DISTRICT JUDGE** |
| **KETTERING, OH 45430** | | |
| Plaintiffs, | | |
| vs. | | |
| **TRANQUILITY CHEVROLET, INC.,** | : | **PETITION/MOTION TO CONFIRM** |
| **A/KJA TRANQUILLITY CHEVROLET, INC.** | : | **ARBITRATION AWARD** |
| **C/O BRENT I. SMITH, REG. AGT.** | | |
| **5790 ANTHONY** | | |
| **TRANQUILLITY, CA 93668** | | |
| Defendants. | | |

Plaintiff The Reynolds & Reynolds Company ("Reynolds") respectfully moves this Court to **confirm the arbitration award attached hereto and enter** judgment against Tranquility Chevrolet, Inc., **a/k/a Tranquillity Chevrolet, Inc. ("Tranquility").**

### Summary

I. **This motion** is **brought pursuant to the Federal Arbitration Act. 9 U.S.C. § 9.**

2. On May 8, 2023, Arbitrators Jill Okun, Robert Gippin and James Riley entered a final Award of Arbitration Panel ("Award") against Defendant Tranquility Chevrolet, Inc. (Ex. 1). Reynolds seeks to confirm the Award into a final judgment.

### Parties

3. **Plaintiff The Reynolds & Reynolds Company is an** Ohio corporation with its principal **place of business in Dayton, Ohio.**

4. Defendant, Tranquility Chevrolet, Inc., a/k/a Tranquillity Chevrolet, Inc. is a

California corporation with its principal place of business in Tranquillity, California. Tranquility can be served with process by and through its registered agent, Brent I. Smith at 5790 Anthony, Tranquillity, CA 93668.

## Jurisdiction and Venue

5. Jurisdiction is based on diversity of citizenship. 28 U.S.C. § 1332. Plaintiff is Ohio corporations with its principal places of business in Dayton, Ohio. Defendant is a California corporation with its principal place of business in Tranquillity, California. The amount in controversy exceeds $549,837.24. .(Ex. 1, p. 3). The contract between the parties provides that "you consent to jurisdiction by the state and federal courts sitting in the state of Ohio." (Ex. 2, Master Agreement, p. 2).

6. Venue is proper in the United States District Court for the Southern District of Ohio as "the district within which the award was made." 9 U.S.C. § 9. *See also* Ex. 2, Customer Guide, p. 10 ("The arbitration will be held in Dayton, Ohio."). The venue provisions of the Federal Arbitration Act (FAA) are permissive, permitting a motion to confirm, vacate, or modify an arbitration award either where the award was made or in any district proper under the general venue statute. *Cortez Byrd Chips, Inc. v. Bill Halbert Construction Co.,* 120 S ,Ct. 1331 (2000) (syllabus).

## Summary

7. This motion is brought pursuant to Section 9 of the Federal Arbitration Act. 9 U.S.C. § 9. On May 8, 2023, Plaintiff secured an arbitration award against Tranquility Chevrolet, Inc., a/k/a Tranquillity Chevrolet, Inc. in the amount of $549,837.24. (Ex. 1, p. 3).

Background

8. Plaintiff provides computer technology to car dealerships across the country. Defendant, Tranquility Chevrolet, Inc, operated a Chevrolet dealership in Tranquillity, California. Tranquility Chevrolet, Inc. entered into a written contract with Plaintiff to obtain its services. (Ex. 2). Tranquility Chevrolet, Inc. defaulted on that contract, and Plaintiff brought a demand for arbitration.

Motion to Confirm Arbitration Award

9. The underlying contract between the parties called for arbitration of "any dispute related directly or indirectly to an order." (Ex. 2, Customer Guide, p. 10).

10. On May 8, 2023, Plaintiff secured an arbitration award against Tranquility Chevrolet, Inc., a/k/a Tranquillity Chevrolet, Inc. in the amount of $549,837.24. (Ex. 1, p. 3).

11. Plaintiff moves the court to confirm the award and enter judgment thereon. Under the Federal Arbitration Act, the court "must grant such an order unless the award is vacated, modified, or corrected as prescribed in sections 10 and 11 of the title." 9 U.S.C. § 9.

12. As the arbitration award has not been vacated, modified, or corrected, Plaintiff would respectfully request that this Court confirm the arbitration award and enter Judgment against Tranquility Chevrolet, Inc., a/k/a Tranquillity Chevrolet, Inc. in the amount of $549,837.24, plus post judgment interest pursuant to 28 U.S.C. § 1961(a).

Prayer

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this court confirm the arbitration award and enter Judgment against Tranquility Chevrolet, Inc., a/k/a Tranquillity Chevrolet, Inc. in the amount of $549,837.24, plus post judgment interest pursuant to 28 U.S.C. 1961(a).

Respectfully submitted,

*s/ David P. Pierce*
David P. Pierce (0061972)
COOLIDGE WALL CO., L.P.A.
33 W. First Street, Suite 600
Dayton, O1-1 45402
Phone: 937-223-8177
Fax: 937-223-6705
E-mail: pierce@coollaw.com

*TRIAL ATTORNEY FOR PLAINTIFF*
*THE REYNOLDS & REYNOLDS COMPANY*