IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **THE REYNOLDS & REYNOLDS COMPANY, INC.,** | CASE NO. 3:23-CV-00206 |
| Plaintiff, | DISTRICT JUDGE MICHAEL NEWMAN |
| v. | **ORDER GRANTING (Doc. No. 7) THE REYNOLDS & REYNOLDS COMPANY, INC.'S MOTION TO SERVE DEFENDANT TRANQUILITY CHEVROLET, INC. PURSUANT TO CAL. CORP. CODE SECTION 1702** |
| **TRANQUILITY CHEVROLET, INC.,** | |
| Defendant. | |

This matter is before the Court upon Plaintiff, The Reynolds & Reynolds Company, Inc.'s, Motion to Serve Defendant pursuant to Cal. Corp. Code § 1702. Doc. No. 7. Upon review of Plaintiff's motion, the Court finds it well taken and it is hereby **GRANTED**. The Court **ORDERS** Plaintiff to deliver by hand a copy of the Summons and Complaint filed in this case, together with a copy of this Order to the California Secretary of State pursuant Cal. Corp. Code § 1702. Service will be deemed complete on the 10th day after proper delivery of the process to the California Secretary of State. *See* Cal. Corp. Code § 1702.

**IT IS SO ORDERED.**

September 26, 2023                                s/Michael J. Newman
                                                                Hon. Michael J. Newman
                                                                United States District Judge