# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **THE REYNOLDS & REYNOLDS COMPANY, INC.,** | : : : | CASE NO. 3:23-CV-00206 |
| Plaintiff, | : : | JUDGE THOMAS M. ROSE MAGISTRATE JUDGE SILVAIN |
| v. | : : | |
| **TRANQUILITY CHEVROLET, INC.,** | : : | **<u>FINAL JUDGMENT</u>** |
| Defendant. | : : | |

    This matter came before the Court on Plaintiff's Petition/Motion to Confirm Arbitration Award. The Court finds that it has jurisdiction over the parties and subject matter involved. The Court finds that the Award has not been vacated, modified, or corrected, nor has a motion been filed seeking such relief. The Award must be confirmed and judgment entered thereon.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff, The Reynolds & Renolds Company, Inc., shall take final judgment against Defendant Tranquility Chevrolet, Inc. in the amount of $512,771.95 for breach of contract.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff, The Reynolds & Reynolds Company, Inc. shall take final judgment against Defendant Tranquility Chevrolet, Inc. in the amount of $9,635.00 for attorneys' fees and $27,420.29 for costs and administrative fees.

    THEREFORE, Plaintiff, The Reynolds & Reynolds Company, Inc. shall take final judgment against Defendant Tranquility Chevrolet, Inc. in the total amount of $ 549,837.24, plus post judgment interest pursuant to 28 U.S.C. 1961(a).

All relief not expressly granted is hereby denied.  This is a final judgment.

Signed this 29th day of December, 2023.

                                                                 s/Thomas M. Rose

                                                            DISTRICT JUDGE THOMAS M. ROSE